FILED

MAY 14 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **4 : 2 6 CR 0 0 2 2 7** |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| INDONEASHA TERRY, | ) | Sections 922(d)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | |

**JUDGE FLEMING**

COUNT 1
(Transfer of a Firearm to a Prohibited Person, 18 U.S.C. § 922(d)(1) and 924(a)(8))

The Grand Jury charges:

1.     Between on or about May 11, 2023, and on or about August 14, 2023, in the Northern District of Ohio, Eastern Division, Defendant INDONEASHA TERRY knowingly transferred or otherwise disposed of two firearms, to wit, a Ruger, SR 45 Pistol, bearing serial number 380-80972; and an Interarms Hellpup 7.62 caliber rifle, bearing serial number PAC1152438-21, to an individual, R.T., knowing or having reasonable cause to believe that the individual had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

COUNT 2
(Transfer of a Firearm to a Prohibited Person, 18 U.S.C. § 922(d)(1) and 924(a)(8))

The Grand Jury further charges:

2.     Between on or about April 29, 2024, and on or about October 2, 2024, in the Northern District of Ohio, Eastern Division, Defendant INDONEASHA TERRY knowingly transferred or otherwise disposed of a firearm, that is, Springfield, XD Elite, 9 mm caliber pistol,

bearing serial number BA295401, to an individual, B.H., knowing or having reasonable cause to believe that the individual had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2